**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF ILLINOIS; STATE OF MINNESOTA; STATE OF ARIZONA; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA; CITY OF CHICAGO, ILLINOIS; HARRIS COUNTY, TEXAS; CITY OF NEW YORK, NEW YORK, | |
| | Case No. 26-1072 |
| Petitioners, | |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency, | |
| Respondents. | |

**PETITION FOR REVIEW**

Pursuant to Federal Rule of Appellate Procedure 15(a), Circuit Rule 15, and Clean Air Act Section 307(b)(1), 42 U.S.C. § 7607(b)(1), the States of Illinois, Minnesota, Arizona, Connecticut, Delaware, Maine, Maryland, Michigan, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin, the Commonwealth of Massachusetts, the District of Columbia, the Cities of Chicago, Illinois and New York, New York, and Harris County, Texas (State and Local Government Petitioners) hereby petition this Court to review the final action of the Respondents United States Environmental Protection Agency and Lee Zeldin, Administrator, United States Environmental Protection Agency, set

forth in the attached Federal Register notice published at 91 Fed. Reg. 9088 (Feb. 24, 2026), and

titled "National Emission Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric

Utility Steam Generating Units: Final Repeal." State and Local Government Petitioners seek a

determination by the Court pursuant to Section 307(d)(9) of the Clean Air Act, 42 U.S.C. §

7607(d)(9), that the rule is unlawful and must be reversed.

Dated:       March 31, 2026                          Respectfully submitted,

**STATE OF ILLINOIS**                                **STATE OF MINNESOTA**
KWAME RAOUL                                          KEITH ELLISON
ATTORNEY GENERAL                                     ATTORNEY GENERAL

/s/ *Jason E. James*                                 /s/ *Peter Surdo*
JASON E. JAMES                                       PETER SURDO
Assistant Attorney General                           CAT RIOS-KEATING
JOANNA BRINKMAN                                      ALYSSA BIXBY-LAWSON
Complex Litigation Counsel                           RYAN PESCH
CHRISTOPHER M.R. TURNER                              Special Assistant Attorneys General
Supervising Attorney, Civil Appeals                  Office of the
MATTHEW J. DUNN                                      Minnesota Attorney General
Chief, Environmental Enforcement/                    445 Minnesota St., Suite 600
Asbestos Litigation Division                         St. Paul, MN 55101
Illinois Attorney General's Office                   (651) 757-1244
201 W. Pointe Drive, Suite 7                         peter.surdo@ag.state.mn.us
Belleville, IL 62226                                 catherine.rios-
(217) 843-0322                                       keating@ag.state.mn.us
jason.james@ilag.gov                                 alyssa.bixby-lawson@ag.state.mn.us
joanna.brinkman@ilag.gov                             ryan.pesch@ag.state.mn.us
christopher.turner@ilag.gov
matthew.dunn@ilag.gov

2

3

**STATE OF ARIZONA**
KRIS MAYES
ATTORNEY GENERAL


*/s/ Kirsten Engel*
KIRSTEN ENGEL
Special Attorney General
Environmental Protection Unit
2005 N. Central Ave.
Phoenix, AZ 85085
(520) 209-4020
Kirsten.Engel@azag.gov

**STATE OF CONNECTICUT**
WILLIAM TONG
ATTORNEY GENERAL


*/s/ Scott N. Koschwitz*
MATTHEW I. LEVINE
Deputy Associate Attorney General
SCOTT N. KOSCHWITZ
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Matthew.Levine@ct.gov
Scott.Koschwitz@ct.gov


**STATE OF DELAWARE**
KATHLEEN JENNINGS
ATTORNEY GENERAL


*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Vanessa.Kassab@delaware.gov

**STATE OF MAINE**
AARON M. FREY
ATTORNEY GENERAL


*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
Natural Resources Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

3

**STATE OF MARYLAND**
ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General of
 Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
SGoldstein@oag.state.md.us

**COMMONWEALTH OF
MASSACHUSETTS**
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Tracy Triplett*
TRACY TRIPLETT
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General for the
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02180
(617) 963-2431
tracy.triplett@mass.gov

**STATE OF MICHIGAN**
DANA NESSEL
ATTORNEY GENERAL

*/s/ Hadley E. Tuthill*
HADLEY E. TUTHILL
NEIL GIOVANATTI
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7664
TuthillH@michigan.gov
GiovanattiN@michigan.gov

**STATE OF NEW JERSEY**
JENNIFER DAVENPORT
ATTORNEY GENERAL

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
Division of Law
New Jersey Attorney General's
Office
25 Market Street
Trenton, NJ 08625
(609) 900-0782
Lisa.Morelli@law.njoag.gov

4

**STATE OF NEW MEXICO**
RAÚL TORREZ
ATTORNEY GENERAL

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 627-3474
WGrantham@nmdoj.gov

**STATE OF NEW YORK**
LETITIA JAMES
ATTORNEY GENERAL

*/s/ Michael J. Myers*
MICHAEL J. MYERS
Senior Counsel for Air Pollution
   and Climate Change Litigation
MATTHEW EISENSON
Assistant Attorney General
Environmental Protection Bureau
ESTER MURDUKHAYEVA
Deputy Solicitor General
NYS Office of the Attorney General
The Capitol
Albany, NY 12224
(518) 776-2382
Michael.Myers@ag.ny.gov
Matthew.Eisenson@ag.ny.gov
Ester.Murdukhayeva@ag.ny.gov

**STATE OF OREGON**
DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge, Natural
   Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**STATE OF RHODE ISLAND**
PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Rachel Rebello*
RACHEL REBELLO
Special Assistant Attorney General
Rhode Island Office of the Attorney
   General
150 South Main Street
Providence, RI 02903
(401) 274-4400
rrebello@riag.ri.gov

5

**STATE OF VERMONT**
CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**STATE OF WASHINGTON**
NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Jennifer Slocum*
JENNIFER SLOCUM
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6741
Jenna.slocum@atg.wa.gov

**STATE OF WISCONSIN**
JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-8904
Gabe.Johnson-Karp@wisdoj.gov

**DISTRICT OF COLUMBIA**
BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General
400 6th Street, NW, Ste. 8100
Washington, D.C. 20001
(202) 727-3400
Caroline.Vanzile@dc.gov

6

**CITY OF CHICAGO, ILLINOIS**
MARY B. RICHARDSON-LOWRY
CORPORATION COUNSEL

*/s/ Myriam Zreczny Kasper*
MYRIAM ZRECZNY KASPER
Deputy Corporation Counsel
GABRIELLE SIGEL
Assistant Corporation Counsel
  Supervisor
BRADLEY R. RYBA
Assistant Corporation Counsel
City of Chicago Department of Law
2 North LaSalle Street, Ste. 580
Chicago, IL 60602
(312) 744-3564
Myriam.Kasper@cityofchicago.org
Gabrielle.Sigel@cityofchicago.org
Bradley.Ryba@cityofchicago.org

**HARRIS COUNTY, TEXAS**
JONATHAN G.C. FOMBONNE
COUNTY ATTORNEY

*/s/ Sarah Utley*
JONATHAN G.C. FOMBONNE
County Attorney
SARAH JANE UTLEY
Managing Counsel
Affirmative and Environmental
Divisions
Harris County Attorney's Office
1010 Lamar, 11th Fl.
Houston, TX 770202
(832) 596-9786
Sarah.utley@harriscountytx.gov

**CITY OF NEW YORK,
NEW YORK**
STEVEN BANKS
CORPORATION COUNSEL

*/s/ Tess Dernbach*
TESS DERNBACH
DEVON GOODRICH
Senior Counsel
New York City Law Dept.
100 Church Street
New York, NY 10007
(212) 356-2320
tdernbac@law.nyc.gov

*Application for admission pending

7

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to Circuit Rule 15(a), a copy of the foregoing

Petition for Review was served by United States first class mail, postage prepaid, this

31st day of March, upon the following:

Lee Zeldin, Administrator
Office of the Administrator (1101A)
Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

Correspondence Control Unit
Office of General Counsel (2310A)
Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

/s/ Jason E. James
Jason E. James

8