# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1070**                    **September Term, 2025**

**EPA-91FR9088**

**Filed On: April 30, 2026** [2171348]

Air Alliance Houston, et al.,

      Petitioners

    v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, U.S.
Environmental Protection Agency,

      Respondents

------------------------------

Consolidated with 26-1072

## O R D E R

Upon consideration of the unopposed motion to extend procedural motions deadline, it is

**ORDERED** that the motion be granted.  Any procedural motions in this case are now due May 18, 2026.

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

        BY:    /s/
                  Catherine J. Lavender
                  Deputy Clerk