**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| STATE OF ILLINOIS *et al.*,<br><br>                Petitioners,<br><br>      v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>            Respondents. | No. 26-1072<br>(consolidated with<br>No. 26-1070) |

**PETITIONERS' PRELIMINARY STATEMENT OF ISSUES TO BE RAISED**

Pursuant to this Court's order of April 1, 2026, Petitioners in Case No. 26-1072 submit the following non-binding statement of issues to be raised in this proceeding concerning the U.S. Environmental Protection Agency's ("EPA") rule entitled "National Emission Standards for Hazardous Air Pollutants: Coal- and Oil-Fired Electric Utility Steam Generating Units: Final Repeal" and published in the Federal Register at 91 Fed. Reg. 9088 (Feb. 24, 2026) (the "Final Rule").

1. Whether the Final Rule is arbitrary, capricious, and/or contrary to law because it is based on interpretations of Section 112(d)(6) of the Clean Air Act, 42 U.S.C. § 7412(d)(6), that are inconsistent with the best reading of the statute and that are dependent on arbitrary conclusions and assumptions.

2. Whether the Final Rule is arbitrary, capricious, and/or contrary to law because it rests on erroneous conclusions that pre-existing emission standards, including monitoring requirements, are not necessary because, among other reasons, regulated facilities cannot comply

with pre-existing emission standards. These erroneous conclusions contradict the administrative record and EPA's past factual findings that were maintained by the Final Rule.

3. Whether the Final Rule is arbitrary, capricious, and/or contrary to law because EPA failed to adequately consider alternative emission standards other than EPA's chosen emission standards and the pre-existing emission standards.

4. Whether the Final Rule is arbitrary, capricious, and/or contrary to law because EPA failed to adequately explain its reversed positions on whether it is necessary to revise emission standards due to developments in control technologies, contradicting the administrative record and EPA's past factual findings that were maintained by the Final Rule.

5. Whether the Final Rule is arbitrary, capricious, and/or contrary to law because it failed to consider reliance interests of states and local governments on pre-existing emission standards.

6. Whether the Final Rule is arbitrary, capricious, and/or contrary to law because it failed to monetize the health harms that will be incurred due to increased emissions from regulated facilities.

Dated: May 1, 2026 Respectfully submitted,

**STATE OF ILLINOIS**
KWAME RAOUL
ATTORNEY GENERAL

/s/ *Jason E. James*
JASON E. JAMES
Assistant Attorney General
JOANNA BRINKMAN
Complex Litigation Counsel
CHRISTOPHER M.R. TURNER
Supervising Attorney, Civil Appeals

**STATE OF MINNESOTA**
KEITH ELLISON
ATTORNEY GENERAL

/s/ *Peter Surdo*
PETER SURDO
CAT RIOS-KEATING
RYAN PESCH
Special Assistant Attorneys General
Office of the
Minnesota Attorney General

MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
Illinois Attorney General's Office
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov
joanna.brinkman@ilag.gov
christopher.turner@ilag.gov
matthew.dunn@ilag.gov

445 Minnesota St., Suite 600
St. Paul, MN 55101
(651) 757-1244
peter.surdo@ag.state.mn.us
catherine.rios-
keating@ag.state.mn.us
ryan.pesch@ag.state.mn.us


**STATE OF ARIZONA**
KRIS MAYES
ATTORNEY GENERAL


/s/ Kirsten Engel_____
KIRSTEN ENGEL
Special Attorney General
Environmental Protection Unit
2005 N. Central Ave.
Phoenix, AZ 85085
(520) 209-4020
Kirsten.Engel@azag.gov

**STATE OF CONNECTICUT**
WILLIAM TONG
ATTORNEY GENERAL


/s/ Scott N. Koschwitz
MATTHEW I. LEVINE
Deputy Associate Attorney General
SCOTT N. KOSCHWITZ
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Matthew.Levine@ct.gov
Scott.Koschwitz@ct.gov

**STATE OF DELAWARE**
KATHLEEN JENNINGS
ATTORNEY GENERAL

*/s/ Vanessa L. Kassab*
IAN R. LISTON
Director of Impact Litigation
RALPH K. DURSTEIN III
VANESSA L. KASSAB
Deputy Attorneys General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
Vanessa.Kassab@delaware.gov

**STATE OF MAINE**
AARON M. FREY
ATTORNEY GENERAL

*/s/ Emma Akrawi*
EMMA AKRAWI
Assistant Attorney General
Natural Resources Division
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

**STATE OF MARYLAND**
ANTHONY G. BROWN
ATTORNEY GENERAL

*/s/ Steven J. Goldstein*
STEVEN J. GOLDSTEIN
Assistant Attorney General
Office of the Attorney General of
  Maryland
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414
SGoldstein@oag.state.md.us

**COMMONWEALTH OF
MASSACHUSETTS**
ANDREA JOY CAMPBELL
ATTORNEY GENERAL

*/s/ Tracy Triplett*
TRACY TRIPLETT
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General for the
Commonwealth of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02180
(617) 963-2431
tracy.triplett@mass.gov

**STATE OF MICHIGAN**
DANA NESSEL
ATTORNEY GENERAL

*/s/ Hadley E. Tuthill*
HADLEY E. TUTHILL
NEIL GIOVANATTI
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7664
TuthillH@michigan.gov
GiovanattiN@michigan.gov

**STATE OF NEW JERSEY**
JENNIFER DAVENPORT
ATTORNEY GENERAL

*/s/ Lisa J. Morelli*
LISA J. MORELLI
Deputy Attorney General
Division of Law
New Jersey Attorney General's Office
25 Market Street
Trenton, NJ 08625
(609) 900-0782
Lisa.Morelli@law.njoag.gov

**STATE OF NEW MEXICO**
RAÚL TORREZ
ATTORNEY GENERAL

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
(505) 627-3474
WGrantham@nmdoj.gov

**STATE OF NEW YORK**
LETITIA JAMES
ATTORNEY GENERAL

*/s/ Michael J. Myers*
MICHAEL J. MYERS
Senior Counsel for Air Pollution
   and Climate Change Litigation
MATTHEW EISENSON
Assistant Attorney General
Environmental Protection Bureau
ESTER MURDUKHAYEVA
Deputy Solicitor General
NYS Office of the Attorney General
The Capitol
Albany, NY 12224
(518) 776-2382
Michael.Myers@ag.ny.gov
Matthew.Eisenson@ag.ny.gov
Ester.Murdukhayeva@ag.ny.gov

**STATE OF OREGON**
DAN RAYFIELD
ATTORNEY GENERAL

*/s/ Paul Garrahan*
PAUL GARRAHAN
Attorney-in-Charge, Natural
   Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

**STATE OF RHODE ISLAND**
PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Rachel Rebello*
RACHEL REBELLO*
Special Assistant Attorney General
Rhode Island Office of the Attorney
   General
150 South Main Street
Providence, RI 02903
(401) 274-4400
rrebello@riag.ri.gov

**STATE OF VERMONT**
CHARITY R. CLARK
ATTORNEY GENERAL

*/s/ Hannah Yindra*
HANNAH YINDRA
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
Hannah.Yindra@vermont.gov

**STATE OF WASHINGTON**
NICHOLAS W. BROWN
ATTORNEY GENERAL

*/s/ Jennifer Slocum*
JENNIFER SLOCUM
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6741
Jenna.slocum@atg.wa.gov

**STATE OF WISCONSIN**
JOSHUA L. KAUL
ATTORNEY GENERAL

*/s/ Gabe Johnson-Karp*
GABE JOHNSON-KARP
Assistant Attorney General
Wisconsin Department of Justice
17 West Main Street
Post Office Box 7857
Madison, WI 53707-7857
(608) 267-8904
Gabe.Johnson-Karp@wisdoj.gov

**DISTRICT OF COLUMBIA**
BRIAN L. SCHWALB
ATTORNEY GENERAL

*/s/ Caroline S. Van Zile*
CAROLINE S. VAN ZILE
Solicitor General
Office of the Attorney General
400 6th Street, NW, Ste. 8100
Washington, D.C. 20001
(202) 727-3400
Caroline.Vanzile@dc.gov

**CITY OF CHICAGO, ILLINOIS**
MARY B. RICHARDSON-LOWRY
CORPORATION COUNSEL

*/s/ Myriam Zreczny Kasper*
MYRIAM ZRECZNY KASPER
Deputy Corporation Counsel
GABRIELLE SIGEL
Assistant Corporation Counsel
  Supervisor
BRADLEY R. RYBA
Assistant Corporation Counsel
City of Chicago Department of Law
2 North LaSalle Street, Ste. 580
Chicago, IL 60602
(312) 744-3564
Myriam.Kasper@cityofchicago.org
Gabrielle.Sigel@cityofchicago.org
Bradley.Ryba@cityofchicago.org


**CITY OF NEW YORK,
NEW YORK**
STEVEN BANKS
CORPORATION COUNSEL

*/s/ Tess Dernbach*
TESS DERNBACH
DEVON GOODRICH
Senior Counsel
New York City Law Dept.
100 Church Street
New York, NY 10007
(212) 356-2320
tdernbac@law.nyc.gov

**HARRIS COUNTY, TEXAS**
JONATHAN G.C. FOMBONNE
COUNTY ATTORNEY

*/s/ Sarah Utley*
JONATHAN G.C. FOMBONNE
County Attorney
SARAH JANE UTLEY
Managing Counsel
Affirmative and Environmental
Divisions
Harris County Attorney's Office
1010 Lamar, 11th Fl.
Houston, TX 770202
(832) 596-9786
Sarah.utley@harriscountytx.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2026, I electronically filed the foregoing Preliminary Statement of Issues via the Court's CM/ECF system, which will provide copies to all counsel registered to use the CM/ECF system.

*/s/ Jason E. James*
Jason E. James