# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1070** **September Term, 2026**

**EPA-91FR9088**

**Filed On: November 17, 2026**

Air Alliance Houston, et al.,

Petitioners

v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

Respondents

------------------------------

America's Power, et al.,
Intervenors
------------------------------

Consolidated with 26-1072

**BEFORE:** Rao and Childs, Circuit Judges

**O R D E R**

Upon consideration of the motion to reconsider the court's August 13, 2026 order, the opposition thereto, and the reply, it is

**ORDERED** that the motion to reconsider be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk